# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>vs.<br>ERICK NUNEZ-LOPEZ (5),<br><br>                            Defendant. | Case No. 09CR4024-L<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960, 963 – Conspiracy to Import Methamphetamine, Heroin, and Cocaine (1-2)
18:1956(a)(2)(B)(ii), (h); 31:5316 – Conspiracy to Laundry Money (3)

Dated: 10/8/2019

Hon. M. James Lorenz
United States District Judge